UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPHA A. CAMPINHA-BACOTE, d/b/a
TRANSCULTURAL C.A.R.E. ASSOCIATES,

                Plaintiff,

                                                                            **ORDER**
- against -                                       10-CV-3165(RRM) (ALC)

LAUREN J. TENNEY,

                Defendant.
-----------------------------------------------------------------X

**MAUSKOPF, United States District Judge.**

      By motion filed August 6, 2010, Plaintiff moved to amend the Complaint to add the College of Staten Island as a defendant. By Order entered October 29, 2010 this Court referred that motion to the assigned Magistrate Judge, the Honorable Andrew L. Carter, Jr., for a Report and Recommendation. On January 28, 2011, Judge issued a Report and Recommendation (the "R&R") recommending that Plaintiff's motion be denied. Judge Carter reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due February 11, 2011. No party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, Plaintiff's motion to amend is DENIED.

                                                                  SO ORDERED.

Dated: Brooklyn, New York                        s/RRM
       February /6 , 2011
                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge